John J. Talton, Chapter 13 Trustee  
Check No. 801863  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-11339 | 006-0 | ANITRA L ALEXANDER<br>Original Check written to:<br>JEFFERSON COUNTY TAX OFFICE<br>P O BOX 2112<br>BEAUMONT, TX  77704 | xxxxxxxxxxxxxxxx0000 | 0.00 | 132.45 | 0.00 | 132.45 |
| 05-11236 | 001-0 | ROBERT J GUILLORY<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx2988 | 61.79 | 44.13 | 0.00 | 44.13 |
| 06-90262 | 999-0 | LARRY D JACKSON<br>Original Check written to:<br>LARRY D JACKSON<br>P O BOX 251<br>CHIRENO, TX  75937 | | 0.00 | 436.00 | 0.00 | 436.00 |
| 07-10149 | 005-0 | CATINA D. CALCOTE<br>Original Check written to:<br>BARCLAYS CAPITAL REAL ESTATE<br>HOMEQ SERVICING DEFAULT CASH<br>4837 WATT AVE., SUITE 200<br>NORTH HIGHLANDS, CA  95660- | 3945 | 10,722.01 | 2,805.26 | 1,533.06 | 4,338.32 |
| 07-10149 | 024-0 | CATINA D. CALCOTE<br>Original Check written to:<br>BARCLAYS CAPITAL REAL ESTATE<br>HOMEQ SERVICING DEFAULT CASH<br>4837 WATT AVE., SUITE 200<br>NORTH HIGHLANDS, CA  95660- | 3945 | 1,114.10 | 406.57 | 81.12 | 487.69 |
| 08-10610 | 005-0 | OLIVER J. HONKOMP, SR.<br>Original Check written to:<br>ORANGE COUNTY TAC<br>P O BOX 1568<br>ORANGE, TX  77631-1568 | 3701 | 2,107.88 | 4.98 | 0.00 | 4.98 |